UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED TRANSPORTATION UNION, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>OFFICE OF THE INSPECTOR )<br>GENERAL, NATIONAL RAILROAD )<br>PASSENGER CORP., )<br>)<br>Respondent. )<br>_____) | Civ. No.: 08-MC-0399 (RMC) |

**OIG'S MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), the Office of General Inspector for the National Railroad Passenger Corp. ("OIG") respectfully requests a three-week extension of time to respond to the Motion to Quash filed by Respondent United Transportation Union.[1] The parties conferred and Respondent consented to this Motion.

There is good cause to grant the OIG's motion for an extension of time. On February 11, 2008, the OIG issued an administrative subpoena to America On Line (AOL) for certain records pertaining to AOL's subscribers. On June 23, 1008, one of the affected subscribers (Mr. David Bowe) moved to quash the administrative subpoena. Dkt. No. 1. Mr. Bowe is the Treasurer of the United Transportation Union. See Declaration of David Bowe (Dkt. No. 1).

---

[1] The OIG appears specially to seek an extension of time to respond to the Motion to Quash. It reserves and does not waive any right to seek dismissal of the Motion to Quash for, *inter alia*, lack of subject matter jurisdiction, improper service under Fed. R. Civ. P. 4(i), or that Fed. R. Civ. P. 45 is an improper procedural vehicle to seek a court order to quash this administrative subpoena.

At present, the OIG and counsel for Mr. Bowe are exploring ways to informally resolve the issue without further litigation. Additional time is needed so that the parties can complete that process. Accordingly, for these reasons, the Court should grant OIG a three week extension of time to respond to the Motion to Quash.

Dated: July 8, 2008.					Respectfully Submitted,


						  /s/   Jeffrey A. Taylor
						JEFFREY A. TAYLOR, D.C. BAR # 498610
						United States Attorney


						  /s/   Rudolph Contreras
						RUDOLPH CONTRERAS, D.C. BAR #434122
						Assistant United States Attorney

						  /s/   John C. Truong
						JOHN C. TRUONG, D.C. BAR #465901
						Assistant United States Attorney
						555 Fourth Street, N.W.
						Washington, D.C.  20530
						(202) 307-0406

						Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED TRANSPORTATION UNION,  )<br>  )<br>    Respondent,  )<br>  )<br>  v.  )<br>  )<br> OFFICE OF THE INSPECTOR  )<br> GENERAL, NATIONAL RAILROAD  )<br> PASSENGER CORP.,  )<br> _____ ) | Civ. No.: 08-MC-0399 (RMC) |

## ORDER

Upon consideration of the Motion For An Extension of Time Filed by the Office of General Inspector for the National Railroad Passenger Corp. ("OIG") and the entire record herein, it is this _____ day of _____, 2008,

ORDERED the OIG's Motion For An Extension of Time be and is hereby GRANTED, and it is

FURTHER ORDERED that the OIG has until July 28, 2008, to respond to the Motion to Quash.

SO ORDERED.

_____
U.S. District Judge