IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| UNITED TRANSPORTATION UNION | ) ) ) ) | |
| vs. | ) | No. 1:08-mc-00399-RMC |
| | ) | |
| OFFICE OF THE INSPECTOR GENERAL | ) ) | |

**NOTICE OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i), Fed. R.Civ.P., the United Transportation Union hereby dismisses this action.

Respectfully submitted,

_/s/ Jeffrey A. Bartos_
Jeffrey A. Bartos (D.C. Bar # 435832)
Guerrieri, Edmond, Clayman & Bartos, P.C.
1625 Massachusetts Avenue, N.W.
Suite 700
Washington, DC 20036
Tel: (202) 624-7400
Fax: (202) 624-7420

Kevin Brodar
Associate General Counsel
United Transportation Union
14600 Detroit Avenue
Cleveland, OH 44107
Tel: (216) 228-9400
Fax: (216) 228-0937

Dated: July 25, 2008